# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:09-cr-0097 |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| JOHN GORDON AITKEN, ) | |
| Defendant. ) | |

Before the Court is a verified petition for permission to practice pro hac vice brought by Clinton A. Krislov. (#35). Mr. Krislov is a licensed attorney in the State of Illinois and represents interested parties that claim an interest in the property forfeited in this case. Mr. Krislov's request does not include a designation of Nevada counsel. In an attached letter, Mr. Krislov asks that the Court waive the requirement to associate with local counsel.

District of Nevada Local Rule IA 10-2(a)(6) requires that an attorney applying to practice pro hac vice associate with local counsel in the District of Nevada. Local Rule IA 3-1 does provide that the Court *sua sponte* or by motion may change, dispense with, or waive any of these rules if the interests of justice so requires. In the instant matter, however, Mr. Krislov has not produced evidence sufficient to support waiver of Local Rule IA 10-2(a)(6). Accordingly, his request is denied without prejudice and he may re-apply once he has associated with local counsel.

IT IS HEREBY ORDERED THAT Mr. Krislov's Petition to Practice Pro Hac Vice (#35) and Motion to Waive Local Counsel (#37) are DENIED.

DATED this 24th day of June, 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE