✓ FILED     _____ RECEIVED
_____ ENTERED     _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6                  **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF NEVADA**

8 UNITED STATES OF AMERICA,        )

9            Plaintiff,             )

10       v.                          )       2:09-CR-097-GMN (LRL)

11 JOHN GORDON AITKEN,          )

12                 Defendant.        )

13                 **FINAL ORDER OF FORFEITURE**

14        On April 7, 2009, the United States District Court for the District of Nevada entered a

15 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2) and Title 18, United

16 States Code, Section 982(a)(2)(A) and Title 21, United States Code, Section 853(p), based upon the

17 plea of guilty by defendant JOHN GORDON AITKEN to a criminal offense, forfeiting specific

18 property alleged in the Criminal Information and shown by the United States to have a requisite nexus

19 to the offense to which defendant JOHN GORDON AITKEN pled guilty.

20        This Court finds the United States of America published the notice of the forfeiture in

21 accordance with the law on December 3, 2009, December 10, 2009, and December 17, 2009 in the

22 Las Vegas Review-Journal/Sun; on March 10, 2010, March 17, 2010, and March 24, 2010 in The New

23 York Times; and via the official government internet forfeiture site, www.forfeiture.gov,

24 consecutively from October 20, 2009 through November 18, 2009, (#22) further notifying all known

25 third parties by personal service or by regular mail and certified mail return receipt requested, of their

26 right to petition the Court. #40.

The United States served all known third parties petitioners by personal service or by regular mail and certified mail return receipt requested. In addition, the United States also served the following:

a.  Christopher C. Fogelman on behalf of Citizens Automobile Finance was served by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 24, 2010. #40.

b.  Brad Conner, President, on behalf of Citizens Automobile Finance was served at 480 Jefferson Blvd., Warwick, RI 02886-1359 by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 24, 2010. #40.

c.  Brad Conner, President, on behalf of Citizens Automobile Finance was served at Citizens PLZ, Providence, RI 02903-1344 by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 22, 2010. #40.

d.  CT Corporation System Resident Agent on behalf of Citizens Automobile Finance by regular mail and certified mail on May 19, 2010; the certified mail was signed on May 22, 2010. #40.

PETITION:

On April 23, 2010 a Motion for Adjudication of Interest for Defrauded Victim Class by David L. Pisarek, Eric R. Meyers as to John Gordon Aitken was entered. #23. On June 1, 2010, the United States filed a Motion to Dismiss Petition of Eric R. Meyers and David L. Pisarek and the Class of all Persons Who Paid Nationwide Christian Singles & Events, Inc. (#23). #31. On July 22, 2010, the Court denied the Petition of Eric R. Meyers and David L. Pisarek and the Class of all Persons Who Paid Nationwide Christian Singles & Events, Inc. (#23) without prejudice. #45.

RBS, Citizens, N.A., determined that it will not pursue its claim on the 2005 Excursion Recreational Vehicle, VIN: 4UZAAHDCX4CN81964 and has released all legal interest in the vehicle to the United States.

. . .

1       This Court finds no other petitions were filed herein by or on behalf of any person or entity

2 and the time for filing such petitions and claims has expired.

3       This Court finds no other petitions are pending with regard to the assets named herein and the

4 time for presenting such petitions has expired.

5       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8 32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(A) and Title 21, United States Code,

9 Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according

10 to law:

11       *In personam* criminal forfeiture money judgment of $5,000,000.00 in United

12 States Currency, including:

13    a.   $31,149.75 In United States Currency, seized from Washington Mutual Bank

14 Account Number 048800002583599, in the name of John and Gina Aitken,

15 Washington Mutual Bank 1000 North Green Valley Parkway, Henderson

16 Nevada 89074;

17    b.   $65,142.30 in United States Currency, seized from Wells Fargo Bank Account

18 Number 1531838603, in the name of Nationwide Christians, Wells Fargo Bank

19 California, 3300 West Sahara Avenue, Las Vegas, Nevada 89102;

20    c.   $442,469.35 in United States Currency, seized from Wells Fargo Bank

21 Account Number 1007907239, in the name of Nationwide Christian Singles

22 and Events, Inc., Wells Fargo Bank, Nevada, 3300 West Sahara Avenue, Las

23 Vegas, Nevada 89102;

24    d.   2003 Black Hyundai 4-door Sedan, Nevada license plate 990PYF, VIN:

25 KMHDN45D63U589344, registered to Gina L. and John G. Aitken, 330 Doe

26 Run Circle, Henderson, Nevada 89012; and

e.   2003 Black Hyundai 4-door Sedan, Nevada license plate 991PYF, VIN: KMHDN45D53U546923, registered to Gina L. and John G. Aitken, 330 Doe Run Circle, Henderson, Nevada 89012.

f.   2005 Excursion Recreational Vehicle, VIN: 4UZAAHDCX4CN81964, Stored at Gerke's RV Storage, 4755 West Flamingo Road, Las Vegas, Nevada 89103 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _20th_ day of _September_, 2010.

_____
UNITED STATES DISTRICT JUDGE